B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
# Eastern District of Pennsylvania

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M&M Stone Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **23-2119291** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2840 West Clymer Avenue**<br>**Telford, PA**<br>ZIPCODE **18969** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Bucks** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 189**<br>**Telford, PA**<br>ZIPCODE **18969** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **M&M Stone Co.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **Drum Construction Company, Inc.** | Case Number: <br> **11-14857** | Date Filed: <br> **06/17/2011** |
| District: <br> **Eastern District Of Pennsylvania** | Relationship: <br> **Affiliated** | Judge: <br> **Hon. Bruce I. Fox** |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)                Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord or lessor that obtained judgment) <br><br> _____ <br> (Address of landlord or lessor) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br> ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)         Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **M&M Stone Co.** |
|---|---|

| **Signatures** ||
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only **one** box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Gregory R. Noonan, Esquire* <br> Signature of Attorney for Debtor(s) <br><br> **Gregory R. Noonan, Esquire 48544** <br> **Walfish & Noonan, LLC** <br> **528 DeKalb Street** <br> **Norristown, PA  19401** <br> **(610) 277-7899  Fax: (610) 277-7884** <br> **walfishnoonan@aol.com** <br><br><br> **September 18, 2011** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any,  of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Brian L. Carpenter* <br> Signature of Authorized Individual <br><br> **Brian L. Carpenter** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **September 18, 2011** <br> Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABW Trucking, Inc.
1115 Old Skippack Pike
Salfordville, PA  18958


Aeon Geoscience
2120 Bellmead Avenue, Suite 14-2
Haverford, PA  19064


Airgas East
PO Box 827049
Philadelphia, PA  19182


Analytical Laboratories
PO Box 319
Chalfont, PA  18914


Astec
PO Box 934331
Atlanta, GA  31193-4331


Avogadro Environmental Co.
1350 Sullivan Trail
Easton, PA  18040


Benner Bros. Trucking
2012 North Rockhill Road
Sellersville, PA  18960


Bergey's Electric, Inc.
2880 Penn Avenue
Hatfield, PA  19440


Bergey's Tire Center
462 Harleysville Pike
Telford, PA  18969

```
Bill Boyd Used Truck
1517 Diamond Street
Sellersville, PA   18960


Bitterman Scale Co.
PO Box 10114
Lancaster, PA   17605


BP Lubricants
BP Castrol
12276 Collections Center
Chicago, IL   60693


Brian L. Carpenter
405 Main Street
Green Lane, PA   18054


Brian Wenger Hauling
1021 Thousand Acre Road
Sellersville, PA   18960


Bucks County Tax Claim Bureau
55 East Court Street
Doylestown, PA   18901


C&S Lawn & Landscape
562 Melvin Road
Telford, PA   18969


Carpenter Brothers, Inc.
PO Box 130
Telford, PA   18969


Carrol Engineering
949 Easton Road, Suite 100
Warrington, PA   18976
```

Cianci & Roberts
519 Walnut Street
Reading, PA   19601


Cintas Corp
PO Box 630803
Philadelphia, PA   19116


Clayton H. Landis Co.
476 Meetinghouse Road
Souderton, PA   18964


Clayton Services
605 W. Third Street
Lansdale, PA   19446


Clemens Uniform Rental
811 W. Fifth Street
Lansdale, PA   19446


Construction Parts, Inc.
Po Box 31207
Cleveland, OH   44131


Cowley & Associates
227 Hawthorne Court North
Wyomissing, PA   19610


Dave Husk Trucking
4258 Upper Ridge Road
Pennsburg, PA   18073


Eagle Power And Equipment
953 Bethlehem Pike
Montgomeryville,, PA   18936

```
Elliott Greenleaf
PO Box 3010
Blue Bell, PA  19422


Fastenal Ind. And Const.
100 Emiem Way
Telford, PA  18969


Federal Refunds
545 Conejord Ste. G
Santa Barbara, CA  93103


Fire Protection Services
Po Box 151
Sumneytown, PA  18084


Florig Equipment Of Philadelphia
904 Ridge Pike
Conshohocken, PA  19428


Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19148


Frank Callahan Co.
Po Box 257
Colmar, PA  18915


Gencor Industries
5201 N. Orange Blossom Trail
Orlando, FL  32810


Geo. Schofield Co.
PO Box 110
Bound Brook, NJ  08805
```

George Davis
704 Whitpain Hills
Blue Bell, PA  19422


Gilberti Stinziano & Associates
555 E. Genesee Street
Syracuse, NY  13202


Gilmore & Associates, Inc.
65 East Butler Avenue, Suite 1
New Britain, PA  18901


Grainger
18 Applegate Drive North
Robbinsville, NJ  08691


Hayes Auto Body
115 Schoolhouse Road
Souderton, PA  18964


Herman Grant
Po Box 15006
Chatanooga, TN  37415


Highway Materials, Inc.
PO Box 8500
Philadelphia, PA  19178


Hot Mix Parts
Po Box 436089
Louisville, KY  40253-6089


Industrial Hearing
19 Midstate Drive, Suite 200
Auburn, MA  01501-1865

```
Innovative Prospects
Po Box 668307
Pompano Beach, FL   33066


James A. Turner, Inc.
3469 Bethlehem Pike
Souderton, PA   18964


John R. Young
Po Box 6
Perkiomenville, PA   18074


Ken's Tire, Inc.
Po Box 39
Cressona, PA   17929


Kenco Hydraulics
63 East Broad Street
Hatfield, PA   19440


Kitteredge Donley
400 Market Street, Suite 200
Philadelphia, PA   19106


Loomis Insurance Agency Corp.
850 Spring Street, PO Box 7011
Wyomissing, PA   19610-7011


Martin Stone Co.
PO Box 297
Bechtelsville, PA   19505


Maurer & Scott Sales
122 East Thomas Street
Coopersburg, PA   18036
```

McGlynn Family Trust
Lorraine McGlynn
221 Oakland Place
North Wales, PA   19454


Midlantic Machinery Company
PO Box 8500-41125
Philadelphia, PA   19178-1125


Mine Safety Associates
Po Box 872
Price, UT   84501


Moyer & Son, Inc.
PO Box 64198
Souderton, PA   18964


Nustar Refining
1293 Eldridge Parkway
Houston, TX   77077


Orica USA, Inc.
Po Box 2623
Carol Stream, IL   60132


Peco Energy
PO Box 37632
Philadelphia, PA   19101


Pennoni Associates, Inc.
Po Box 827328
Philadelphia, PA   19182


Pension And Financial Services, Inc.
850 Casset Road, 100 Berwyn Park Ste 225
Berwyn, PA   19312

```
PF&G Printing
665 Harleysville Pike
Telford, PA  18969


Phillips Brothers Electrical Contractors
235 Sweet Spring Road
Glenmoore, PA  19343


Pine Instrument
101 Industrial Drive
Grove City, PA  16127


Pitney Bowes Global
Po Box 371887
Pittsburgh, PA  15250-7887


PPC Lubricants
305 Micro Drive
Jonestown, PA  17038


Red Hill Ford, Inc.
602 Main Street
Red Hill, PA  18076


Richard C. Mast Assoc.
658 Harleysville Pike
Harleysville, PA  19438


Safety Kleen Systems
Po Box 382066
Pittsburgh, PA  15250


Stagg Resources Consultant
Po Box 7058
Cross Lanes, WV  25313
```

Stephen P. Imms
305 Main Street
Harleysville, PA   19438


Suzanne Clark, Tax Collector
1028 Ridge Road
Sellersville, PA   18960


The Intelligencer
Po Box 1109
Doylestown, PA   18901


Trappe Auto Electric
365 East 7th Avenue
Trappe, PA   19426


Tucker Albin & Associates
1702 N. Collins Boulevard
Richardson, TX   75080


Univest National Bank & Trust Co.
PO Box 64197
Souderton, PA   18964


US Department Of Labor - MSHA
1100 Wilson Boulevard, 21st Floor
Arlington, VA   22209-3939


Val F. Briitton, PG
326 Conestoga Road
Wayne, PA   19087


Weldon Auto Parts, Inc.
2801 Limekiln Pike
Glenside, PA   19038

```
William G. Carpenter
2851 Willow Brook Lane
Pottstown, PA  19464


Wm G. Carpenter & Sons, Inc.
PO Box 130
Telford, PA  18969
```