**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                                   Case No. **11-**

**M&M Stone Co.**                                                                        Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Elliott Greenleaf**<br>PO Box 3010<br>Blue Bell, PA  19422 | | **legal fees** | **Disputed** | **586,598.83** |
| **William G. Carpenter**<br>2851 Willow Brook Lane<br>Pottstown, PA  19464 | | **loan** | | **335,543.79** |
| **Martin Stone Co.**<br>PO Box 297<br>Bechtelsville, PA  19505 | | **Trade debt** | | **263,628.20** |
| **Moyer & Son, Inc.**<br>PO Box 64198<br>Souderton, PA  18964 | | **Trade debt** | **Disputed** | **231,373.47** |
| **Nustar Refining**<br>1293 Eldridge Parkway<br>Houston, TX  77077 | | **Trade debt** | | **147,934.75** |
| **Geo. Schofield Co.**<br>PO Box 110<br>Bound Brook, NJ  08805 | | **Trade debt** | | **147,034.70** |
| **Wm G. Carpenter & Sons, Inc.**<br>PO Box 130<br>Telford, PA  18969 | | **loan** | | **145,000.00** |
| **McGlynn Family Trust**<br>Lorraine McGlynn<br>221 Oakland Place<br>North Wales, PA  19454 | | | **Disputed** | **66,267.36** |
| **Kitteredge Donley**<br>400 Market Street, Suite 200<br>Philadelphia, PA  19106 | | **legal fees** | **Disputed** | **61,268.00** |
| **Highway Materials, Inc.**<br>PO Box 8500<br>Philadelphia, PA  19178 | | **Trade debt** | | **57,320.47** |
| **James A. Turner, Inc.**<br>3469 Bethlehem Pike<br>Souderton, PA  18964 | | **Trade debt** | | **33,470.75** |
| **Aeon Geoscience**<br>2120 Bellmead Avenue, Suite 14-2<br>Haverford, PA  19064 | | **Trade debt** | **Disputed** | **31,520.69** |
| **Peco Energy**<br>PO Box 37632<br>Philadelphia, PA  19101 | | **unpaid utilities** | | **31,178.34** |
| **Maurer & Scott Sales**<br>122 East Thomas Street<br>Coopersburg, PA  18036 | | **Trade debt** | | **26,290.18** |

| | | | |
|---|---|---|---:|
| **Phillips Brothers Electrical Contractors**<br>**235 Sweet Spring Road**<br>**Glenmoore, PA  19343** | **Trade debt** | **Disputed** | **23,139.52** |
| **Frank Callahan Co.**<br>**Po Box 257**<br>**Colmar, PA  18915** | **Trade debt** | | **16,604.51** |
| **BP Lubricants**<br>**BP Castrol**<br>**12276 Collections Center**<br>**Chicago, IL  60693** | **Trade debt** | | **14,919.52** |
| **Weldon Auto Parts, Inc.**<br>**2801 Limekiln Pike**<br>**Glenside, PA  19038** | **Trade debt** | | **14,259.59** |
| **Clayton H. Landis Co.**<br>**476 Meetinghouse Road**<br>**Souderton, PA  18964** | **Trade debt** | | **14,250.51** |
| **Midlantic Machinery Company**<br>**PO Box 8500-41125**<br>**Philadelphia, PA  19178-1125** | **Trade debt** | | **13,383.03** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 18, 2011**     Signature: ***/s/ Brian L. Carpenter***

**Brian L. Carpenter, President**
(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only